UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Grover Earl Bryson | : | Case No.: 18-21280 |
| | Kimberly Ann Bryson | : | |
| | | : | Judge: JRS |
| | DEBTORS | : | |
| | | : | Chapter: 13 |

**AMENDMENT TO SCHEDULES**

COME NOW the Debtors in the above-styled action and hereby amend their Schedules as follows:

1.  Schedule J is amended as attached.

2.  Summary of Schedules is amended as attached.

WHEREFORE, Debtors pray that this Amendment be read and considered and for such other relief as the Court deems just and proper.

Respectfully submitted this 16th day of January, 2019.

_____/s/_____
Susan Shiptenko, Bar No.: 374402
Attorney for Debtors
Berry & Associates
2751 Buford Hwy
Suite 600
Atlanta, Georgia  30324

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Grover** | **Earl** | **Bryson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Ann** | **Bryson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number (if known) | **18-21280** | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**
   ☑ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**    ☑ No
Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent.........

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**    4.    **$700.00**
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a. Real estate taxes                                            4a. _____
   4b. Property, homeowner's, or renter's insurance                 4b. _____
   4c. Home maintenance, repair, and upkeep expenses                4c. _____
   4d. Homeowner's association or condominium dues                  4d. _____

| Debtor 1 | **Grover Earl Bryson** |
|---|---|
| Debtor 2 | **Kimberly Ann Bryson** |

Case number (if known) **18-21280**

**Your expenses**

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. **$175.00** |
| | 6b. Water, sewer, garbage collection | 6b. **$45.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. |
| | 6d. Other. Specify: | 6d. **$120.00** |
| 7. | **Food and housekeeping supplies** | 7. **$386.00** |
| 8. | **Childcare and children's education costs** | 8. |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$75.00** |
| 10. | **Personal care products and services** | 10. **$75.00** |
| 11. | **Medical and dental expenses** | 11. **$400.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. |
| 14. | **Charitable contributions and religious donations** | 14. |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. |
| | 15b. Health insurance | 15b. |
| | 15c. Vehicle insurance | 15c. **$140.00** |
| | 15d. Other insurance. Specify: | 15d. |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. |
| | 17b. Car payments for Vehicle 2 | 17b. |
| | 17c. Other. Specify: | 17c. |
| | 17d. Other. Specify: | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. **$400.00** |
| | **child support** | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property | 20a. |
| | 20b. Real estate taxes | 20b. |
| | 20c. Property, homeowner's, or renter's insurance | 20c. |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. |
| | 20e. Homeowner's association or condominium dues | 20e. |

Debtor 1  **Grover Earl Bryson**
Debtor 2  **Kimberly Ann Bryson**                                   Case number (if known)  **18-21280**

21. **Other.** Specify: _____   21.  **+** _____

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                                                22a.  **$2,666.00**

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. _____

   22c. Add line 22a and 22b.  The result is your monthly expenses.           22c.  **$2,666.00**

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from Schedule I.          23a.  **$2,882.00**

   23b. Copy your monthly expenses from line 22c above.                       23b.  **−** **$2,666.00**

   23c. Subtract your monthly expenses from your monthly income.
        The result is your monthly net income.                                23c.  **$216.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.  Explain here:
           **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Grover** | **Earl** | **Bryson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Ann** | **Bryson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known) **18-21280**

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B............................................................. **$0.00**

    1b. Copy line 62, Total personal property, from Schedule A/B................................................... **$6,375.00**

    1c. Copy line 63, Total of all property on Schedule A/B............................................................ **$6,375.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$1,451.42**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................... **$5,000.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............ + **$22,834.00**

    **Your total liabilities** **$29,285.42**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I................................................. **$2,882.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J......................................................... **$2,666.00**

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1

Debtor 1    **Grover Earl Bryson**
Debtor 2    **Kimberly Ann Bryson**                                    Case number (if known) __18-21280__

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑   Yes

**7.    What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.      $3,352.00

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

                                                                                            **Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.   Domestic support obligations. (Copy line 6a.)                                          $5,000.00

9b.   Taxes and certain other debts you owe the government. (Copy line 6b.)                     $0.00

9c.   Claims for death or personal injury while you were intoxicated. (Copy line 6c.)            $0.00

9d.   Student loans. (Copy line 6f.)                                                             $0.00

9e.   Obligations arising out of a separation agreement or divorce that you did not report as    $0.00
      priority claims. (Copy line 6g.)

9f.   Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    +    $0.00

9g.   **Total.**   Add lines 9a through 9f.                                                  $5,000.00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE: Grover Earl Bryson                                  Case No.: 18-21280
Kimberly Ann Bryson

                                                                                                          Judge:  JRS

DEBTORS                                                    Chapter:  13

## VERIFICATION

Comes now the undersigned and hereby affirm that the information contained in the attached amendment is true and correct to the best of my/our knowledge.

Respectfully submitted this 16th day of January, 2019.

_____/s/_____
Grover Earl Bryson

_____/s/_____
Kimberly Ann Bryson

**Certificate of Service**

      The undersigned hereby certifies that the below listed individuals have been served with a true and correct copy of the attached pleading by placing copies of same in a properly addressed envelope with adequate postage thereon and the depositing of same in the United States Mail.

Grover Earl Bryson
Kimberly Ann Bryson
8580 Old Keith's Bridge Road
Gainesville, Georgia  30506

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

      This the 16th day of January, 2019.

                                                      _____/s/_____
                                                      Susan Shiptenko, Bar No.: 374402

BERRY & ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300